IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAWN WELCH                                                          PLAINTIFF

v.                          NO: 4:19-CV-137-LPR

RONNIE SANDERS
AND LANGER TRANSPORT CORP.                                DEFENDANTS

## ORDER

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED.

IT IS SO ADJUDGED, this 8th day of January 2020.

                                            Lee P. Rudofsky
                                            UNITED STATES DISTRICT JUDGE